United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HECTOR LEONEL PICART,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC. AND NISSAN MOTOR CORPORATION, LTD.,<br><br>Defendants. | Case No. 5:14-cv-04770 HRL<br><br>**ORDER DIRECTING THE CLERK TO CLOSE THE FILE** |

The court having received plaintiff's request for dismissal with prejudice,[1] the Clerk of the Court shall close this file.

Dated:   February 26, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Because plaintiff's request appears to refer to confidential matters that have been sealed, his request shall also be filed under seal.

5:14-cv-04770-HRL Notice sent by U.S. Mail to:

Hector Leonel Picart
P.O. Box 62301
Sunnyvale, CA 94088

2